UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| BRANDON EUGENE FROST | ) | |
| | ) | |
| v. | ) | No.: 2:11-cv-83 |
| | ) | *Greer/Inman* |
| HAWKINS COUNTY JAIL, | ) | |
| LT. DANITA CAWDWELL, | ) | |
| and RONNIE LAWSON | ) | |

**MEMORANDUM**

This is a prisoner's *pro se* civil rights case under 42 U.S.C. § 1983. On October 1, 2013, the Court entered a Deficiency Order, directing plaintiff, within thirty (30) days, to pay the entire filing fee of $350.00 or submit either a copy of his trust account statement or a statement reflecting that no such account exists, [Doc. 4]. Plaintiff was also forewarned that his failure to respond to the Deficiency Order within the time allotted would lead the Court to assume that he is not a pauper, assess the entire filing fee, and dismiss this action for want of prosecution and for failure to comply with the orders of the Court. *See* Fed. R. Civ. P. 41(b).

The Deficiency Order was mailed to plaintiff at the address he listed as his current address and it was not returned to the Court by the United States Postal Service. There is no indication that plaintiff did not receive the Order. More than two months have passed since the Deficiency Order was mailed to plaintiff, and he has not responded to that Order.

Accordingly, the Court will **DISMISS** plaintiff's lawsuit for failure to comply with the orders of the Court.

**ENTER**:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE